IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

```
IN THE UNITED STATES DISTRICT COURT      *   STATE COURT NO:
DISTRICT OF THE STATE OF DELAWARE         *   0207014771
                                          *
PETITIONER, MR. JEFFERY ALONZO SIMMS     *   DOCKET CASE NO. 0207014771
#198625,                                  *   04-941-SLR, 04-12-5-SLR
DELAWARE CORRECTIONAL CENTER             *   04-1205-SLR
1181 PADDOCK ROAD                         *
SMYRNA, DELAWARE 19977                    *   CIVIL ACTION PENDING
```

**ORIGINAL**

05-593



FILED AUG 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

By Mail LFP

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS

BY A PERSON IN STATE CUSTODY

TO: THE HONORABLE COURT: THE HONORABLE JUDGE SUE.L. ROBINSON AND THE UNITED STATES DISTRICT COURT CLERK MR. PETER .T DALLEO

PLEASE BE ADVISED, HERE THE HONORABLE COURT WILL FIND THE TRUE AND CORRECT NAME COURT 1. SUSSEX COUNTY COURTHOUSE 1 THE CIRCEL CIRCLE, SUITE 2 GEORGETOWN DELAWARE 19947.

( SENTENCEING JUDGE RICHARD F. STOKES )

2. AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER WARDEN CARROLL DELAWARE CORRECTIONAL CENTER SMYRNA DEL. 19977

3. SENTENCE TO 8 YEARS FOR BURGLARY ASSUALT ON MARCH 23-2003

TRIAL BY JURY FEBRUARY 11-2003 IN THE SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE 19947

GROUND 1⑨ . SEEK RELIEF AND EXONERATE OF SENTENCE BECAUSE CLAIMS VIOLATION OF THE CONSTITUTION AND FALSE ARREST HAVE POST-CONVICTION PENDING IN SUPERIOR COURT OF SUSSEX COUNTY DELAWARE 19947

August 2005

MR. JEFFERY ALONZO SIMMS #198625 S.B.I.
DELAWARE CORRECTIONAL CENTER

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
*******************************************************************

```
                                              04-941- SLR  04-12-5-SLR
                                              0207014771, STATE COURT
                                                              DELAWARE.
```

THEREFORE, PETITIONER ASKS THAT THE COURT GRANT THE FOLLOWING RELIEF, OR ANY OTHER RELIEF TO WHICH PETITIONE MAY ENTITLED

*[signature: Jeffrey Alonzo Simms]*

SIGNATURE
MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF LAW AND PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS PETITION FOR WRIT OF A HABEAS CORPUS WAS PLACES IN THE PRISON MAILING SYSTEM ON _AUGUST 9-2005_
(MONTH, DATE, YEAR)

COPIES TO ATTORNEY GENERAL M. JANE BRADY WILMINGTON, DELAWARE
        STATE BULIDING                    19801

IM. Jeffrey Simms
SBI# 196625  UNIT D-N-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To: Honorable Judge
United States District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570

United States Postage
$00.83
AUG 10 2005
MAILED FROM ZIP CODE 19977