05-593



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPELLANT, | § | 04 - 1205-S.L.R. |
| | § | |
| v. | § | CIVIL ACTION NO. 04-941-S.L.R |
| | § | |
| APPELLEE. | § HONJUDGE  SUE L. ROBINSON | |
| | § HONORABLE JUDGE RICHARD F. STOKES | |

SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE 19947

**MOTION FOR APPOINTMENT OF COUNSEL**

COMES NOW, the appellant, _____, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.  MR. JEFFERY ALONZO SIMMS #198625

DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD 1181 SMYRNA DELWARE 19977

AUGUST 9-2005

DATE: AUGUST 38-2005

PETITION FOR RELIEF FROM A CONVIVTION
CONVICTION OR SENTENCEN BY A PERSON IN
STATE CUSTODY (PETITION UNDER 28 U.S.C.   Delaware Corr. Center
§ 2254 u.s.c. FOR WRIT OF HABEAS CORPUS)   Smyrna, DE  19977

IM CHALLENGE A STATE CASE AND JUDGEMENT
IN THE SUPERIOR COURT OF THE STATE OF DELAWARE SUSSEX COUNTY DELAWARE 19947