IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | |
|---|---|
| THE STATE OF DELAWARE | : CRIMINAL ACTION NOS. |
| vs. | : |
| JEFFREY O. SIMMS | : INDICTMENT BY THE GRAND JURY |
| I.D. NO. 0207014771 | : |

FILED AUG 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

The Grand Jury charges that **JEFFREY O. SIMMS** did commit the following offenses, to-wit:

### COUNT 1 - BURGLARY IN THE SECOND DEGREE
### 02-08-0197

**JEFFREY O. SIMMS**, on or about the 22nd day of July, 2002, in the County of Sussex, State of Delaware, did knowingly enter or remain unlawfully in a dwelling belonging to Martha M. Reid with the intent to commit the crime of Offensive Touching therein, in violation of Title 11, § 825 of the Delaware Code.

### COUNT 2 - ASSAULT IN THE THIRD DEGREE
### 02-08-0198

**JEFFREY O. SIMMS**, on or about the 22nd day of July, 2002, in the County of Sussex, State of Delaware, did recklessly or intentionally cause physical injury to Martha M. Reid, in violation of Title 11, § 611(1), of the Delaware Code.

### COUNT 3 - ENDANGERING THE WELFARE OF A CHILD
### 02-08-0199

**JEFFREY O. SIMMS**, on or about the 22nd day of July, 2002, in the County of Sussex, State of Delaware, did commit a violent felony, or Reckless Endangering in the Second Degree, Assault in the Third Degree, Terroristic Threatening, or Unlawful

Imprisonment in the Second Degree against Martha M. Reid, knowing that such felony or misdemeanor was witnessed by a child, Dion Reid, less than 18 years of age who is a member of the defendant's or victim's family, in violation of Title 11, § 1102(a)(4) of the Delaware Code.

### COUNT 4 - CRIMINAL MISCHIEF
### 02-08-0200

**JEFFREY O. SIMMS**, on or about the 22nd day of July, 2002, in the County of Sussex, State of Delaware, did intentionally or recklessly cause damage of less than $1,000.00 to tangible property, a glass window, belonging to Martha M. Reid, in violation of Title 11, § 811(a)(1) of the Delaware Code.



A TRUE BILL

_____
(Foreperson)

_Patricia Walls_
(Secretary)

s/M. JANE BRADY
ATTORNEY GENERAL

_____
DEPUTY ATTORNEY GENERAL

DATE: August 12, 2002

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JOYCE M. COLLINS
PROTHONOTARY

MYRTLE A. THOMAS
CHIEF DEPUTY PROTHONOTARY

OFFICE OF THE PROTHONOTARY
STATE OF DELAWARE
THE SUPERIOR COURT OF SUSSEX COUNTY

JURY: (302) 856 - 5740
CRIMINAL: (302) 856 - 5741
CIVIL: (302) 856 - 5742
ACCOUNTING: (302) 856 - 5744

**To:** Jeffery Simms

**From:** Criminal Unit

**Date:** 8/4/05

**Re:** Unacceptable Filings / Rejection Notice

_____ 1. Enclosed please ind the documents/information requested.

_____ 2. Transcripts of hearings should be requested from Superior Court's Court Reporters. Requests should be directed to Superior Court, Office of the Court Reporters, 1 The Circle, Suite 2, Georgetown, DE 19947.

_____ 3. Our records indicate that you are represented by _____ _____, Esquire. Please send correspondence to your attorney.

_____ 4. This office is not able to perform a criminal record search. All requests should be forwarded to the Department of Public Safety, Division of State Police, P.O. Box 430, Dover, DE 19901.

_____ 5. Your document should be filed with the Prothonotary's Office of Kent County, Kent County Courthouse, 38 the Green, Dover, DE 19901.

_____ 6. Your document should be filed with the Prothonotary's Office of New Castle County, New Castle County Courthouse, 500 North King Street, Wilmington, DE 19801.

_____ 7. This document is being returned because our records do not indicate a case being filed in Superior Court.



```
                    SUPERIOR COURT CRIMINAL DOCKET            Page    1
                         ( as of  08/04/2005 )

State of Delaware v.  JEFFREY O SIMMS                    DOB: 06/28/1964
State's Atty: MELANIE C WITHERS , Esq.    AKA: JEFFERY A SIMMS
Defense Atty: KARL HALLER , Esq.               JEFFERY A SIMMS


Assigned Judge:

Charges:
Count      DUC#         Crim.Action#    Description       Dispo.   Dispo. Date
---------------------------------------------------------------------------
 001    0207014771     IS02080197R1    BURGLARY 2ND       TG       02/11/2003
 002    0207014771     PS02080198R1    OFF TOUCHING       TGLI     02/11/2003
 003    0207014771     IS02080199R1    ENDANG WLF CHLD    TG       02/11/2003
 004    0207014771     IS02080200R1    CRIM MISC <1000    TG       02/11/2003

       Event
No.    Date           Event                                    Judge
---------------------------------------------------------------------------
 1    08/01/2002
         CASE ACCEPTED IN SUPERIOR COURT.
         ARREST DATE: 07/23/2002
         PRELIMINARY HEARING DATE:
         BAIL:  CASH BAIL                        21,000.00
 2    08/08/2002
         DISCOVERY REQUEST, REQUEST FOR POLICE REPORT, MOTION FOR PRE-TRIAL DO-
         CUMENTS, MOTION FOR SPEEDY TRIAL AND ANSWER TO STATE'S RULE 16B REQUE-
         ST, FILED BY KARL HALLER, ESQ.
 3    08/12/2002
         INDICTMENT, TRUE BILL FILED.
 4    09/03/2002
         ARRAIGNMENT CALENDAR - 10-C FILED BY KARL HALLER, ESQ.
 5    09/12/2002
         DISCOVERY RESPONSE AND STATE'S RECIPROCAL DISCOVERY REQUEST FILED BY
         MELANIE WITHERS.
 6    09/30/2002                                          BRADLEY E. SCOTT
         CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW.
         FCR: 11/20/02
         TJT: 11/26/02
 7    10/10/2002
         CONTINUANCE REQUEST FILED BY KARL HALLER, ESQ. FOR CONTINUANCE OF
         11/26/02 JT.
 8    11/08/2002
         SUBPOENA(13)ISSUED.
 9    11/20/2002                                          GRAVES T. HENLEY
         FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 11/25/02
10    11/25/2002                                          STOKES RICHARD F.
         TRIAL CALENDAR- WENT TO TRIAL JURY - STOKES, REMENTER, WASHINGTON
         11:41 JURY SWORN 11:48 STATE MOTIONS TO COURT TO ALLOW PRIOR BAD ACTS
```



FILED  AUG 11 2005  U.S. DISTRICT COURT  DISTRICT OF DELAWARE

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page     2
                         ( as of   08/04/2005 )

State of Delaware v.  JEFFREY O SIMMS                         DOB: 06/28/1964
State's Atty: MELANIE C WITHERS , Esq.        AKA: JEFFERY A SIMMS
Defense Atty: KARL HALLER , Esq.                   JEFFERY A SIMMS

         Event
No.      Date           Event                                 Judge
-------------------------------------------------------------------------------
         OF THE DEFENDANT. 12:05 DEFENSE OPPOSES THIS MOTION. 1:45 JUDGE WILL
         ALLOW PRIOR BAD ACTS WITH INSTRUCTION TO JURY.
         11-27-02 STOKES, KIMMEL, CRONIC
         COURT BEGINS 9:35 12:50 COURT IN RECESS UNTIL 12-2-02.
13       11/25/2002
         JURY SELECTED.
11       12/02/2002                                        STOKES RICHARD F.
         JURY TRIAL:  MISTRIAL
         BOND REMAINS THE SAME.
12       12/02/2002                                        STOKES RICHARD F.
         COMMITMENT TO DEPARTMENT OF CORRECTION.
         DEFENDANT'S TRIAL WAS DECLARED A MISTRIAL.
         BOND IS TO REMAIN THE SAME.
14       12/10/2002
         LETTER FROM MELANIE C. WITHERS TO RICHARD F. STOKES
         RE: ADVISING THAT THE STATE DOES INTEND TO RETRY MR. SIMMS AND
         REQUESTS A NEW TRIAL DATE.
15       01/21/2003
         SUBPOENA(S) ISSUED.
16       02/05/2003                                        STOKES RICHARD F.
         FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL
         JT: 2/10/03
17       02/10/2003
         MOTION TO RELEASE EVIDENCE FILED BY MELANIE WITHERS, ESQ.
18       02/10/2003                                        STOKES RICHARD F.
         ORDER SIGNED BY JUDGE STOKES, IT IS HEREBY ORDERED ALL OF THE STATE
         EXHIBITS FROM THE FIRST SIMMS JURY TRIAL BE RELEASED TO THE STATE.
19       02/10/2003
         JURY SELECTED.
21       02/10/2003                                        STOKES RICHARD F.
         VOIR DIRE QUESTIONS FILED.
20       02/10/2003                                        STOKES RICHARD F.
         TRIAL CALENDAR- WENT TO TRIAL JURY
         STOKES/WASHINGTON/CRONIC
         COURT CONVENCED AT 11:29
         COUNSEL STIPULATE TO THE DEFENDANT'S EXHIBITS
         COURT RECESSED AT 4:16
22       02/11/2003                                        STOKES RICHARD F.
         CHARGE TO THE JURY FILED.
23       02/11/2003                                        STOKES RICHARD F.
         JURY TRIAL - DEFENDANT FOUND GUILTY/PSI ORDERED.
         9:42 COURT BEGINS
```

```
                       SUPERIOR COURT CRIMINAL DOCKET                      Page    3
                            ( as of  08/04/2005 )

State of Delaware v.  JEFFREY O SIMMS                            DOB: 06/28/1964
State's Atty: MELANIE C WITHERS , Esq.        AKA: JEFFERY A SIMMS
Defense Atty: KARL HALLER , Esq.                   JEFFERY A SIMMS

          Event
No.       Date         Event                                     Judge
-------------------------------------------------------------------------------
          12:13 BAILIFF'S SWORNED
          12:14 JURY DELIBRATES
          2:57 VERDICT TAKEN
          COUNT #1 - GUILTY
          COUNT #2 - GUILTY LIO OFF. TOUCHING
          COUNT #3 - GUILTY
          COUNT #4 - GUILTY
          PSI IS ORDERED SENTENCING DATE IS 3/28/03.
          BAIL IS INCREASED TO $50,000.00 CASH.
24        02/11/2003                                     STOKES RICHARD F.
          COMMITMENT TO DEPARTMENT OF CORRECTION.
          DEFENDANT FOUND GUILTY AT TRIAL. BAIL IS INCREASED TO $50,000 CASH.
          FOR SENTENCING ON 3/28/03 AT 11:00 A.M.
25        03/13/2003
          LETTER FROM MELANIE C. WITHERS TO KARL HALLER, ESQUIRE
          RE: ENCLOSED IS A DRAFT OF THE HABIUTAL OFFENDER MOTION WHICH THE
          STATE INTENDS ON FILING AT SENTENCING.
26        03/28/2003                                     STOKES RICHARD F.
          SENTENCING CALENDAR - CONTINUED
          DEFENSE COUNSEL IS TO RESPOND TO STATE'S MOTION FOR HABITUAL OFFENDER
          BY 4-2-03, STATE'S RECIPROCAL RESPONSE DUE 4-3-03
          SENTENCING RESCHEDULED FOR 4-4-03 AT 11:00
27        04/02/2003
          LETTER FROM KARL HALLER, ESQUIRE TO THE HONORABLE RICHARD F. STOKES
          RE: THE DEFENSE POSITION ON THE HABITUAL OFFENDER MOTION
28        04/04/2003                                     STOKES RICHARD F.
          SENTENCING CALENDAR: DEFENDANT SENTENCED.
          CR - PURNELL
          HALLER, ESQ.
29        04/04/2003
          STATE'S RESPONSE FILED.
30        04/17/2003
          REQUEST FOR TRANSCRIPT FILED BY SUPREME COURT TO BE FILED NO LATER
          THAN 5/26/03
31        04/17/2003
          COPY OF NOTICE OF APPEAL FILED BY KARL HALLER TO SUPREME COURT
32        05/21/2003
          TRANSCRIPT OF PROCEEDINGS HELD IN SUPERIOR COURT ON 3/28/03 HEARD BY
          JUDGE STOKES FILED BY KATHY PURNELL
33        05/21/2003
          TRANSCRIPT OF PROCEEDINGS HELD IN SUPERIOR COURT ON 4/4/03 HEARD BY
          JUDGE STOKES FILED BY KATHY PURNELL
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page    4
                         ( as of  08/04/2005 )

State of Delaware v.  JEFFREY O SIMMS                      DOB: 06/28/1964
State's Atty: MELANIE C WITHERS , Esq.      AKA: JEFFERY A SIMMS
Defense Atty: KARL HALLER , Esq.                 JEFFERY A SIMMS


        Event
No.     Date            Event                                  Judge
---------------------------------------------------------------------------
34      05/21/2003
          NOTICE OF RECORD DUE IN SUPREME COURT WITHIN 10 DAYS OF RECEIPT OF
          TRANSCRIPT
35      05/23/2003
          RECORDS SENT TO SUPREME COURT VIA STATE MAIL ON 5/27/03
36      05/27/2003
          LETTER FROM SUPREME COURT TO COURT RE:  RECORD IS DUE IN SUPREME COURT
          NO LATER THAN JUNE 2, 2003.
37      05/30/2003
          RECEIPT OF RECORDS ACKNOWLEDGED BY SUPREME COURT ON 5-28-03.
38      10/28/2003
          RECORDS RETURNED FROM SUPREME COURT.
39      10/28/2003
          MANDATE FILED:  JUDGMENT OF SUPERIOR COURT AFFIRMED.
40      10/28/2003
          ORDER:
          IT IS ORDERED THAT THE JUDGEMENT OF THE SUPERIOR COURT IS AFFIRMED.
41      04/28/2004
          DEFENDANT'S LETTER FILED.
          TO COURT RE:   COMMENCEMENT OF APPEAL
42      04/30/2004                                      STOKES RICHARD F.
          LETTER FROM RICHARD F. STOKES TO JEFFREY A. SIMMS
          RE: ADVISING NO ACTION WILL BE TAKEN SINCE THE TIME HAS PASSED FOR
          HIM TO REARGUE THE APPEAL WITH THE SUPREME COURT.
43      07/01/2004
          PETITION FOR RELEASE FACT FINDING FILED BY DEFENDANT
          MOTION FOR POSTCONVICTION RELIEF FILED BY DEFENDANT / PER NOTE ON
          PAPERS - SEND DEFENDANT A POSTCONVICTION RELIEF FORM.
44      09/13/2004
          PETITION FOR RELEASE-FACT FINDING, FILED BY DEFENDANT.
45      09/15/2004                                      STOKES RICHARD F.
          LETTER FROM COURT TO DEFENDANT RE: ADVISING IT APPEARS YOU WANT TO
          FILE A CIVIL COMPLAINT, IF THAT IS THE CASE YOU MUST DO SO IN PROPER
          FORM.
46      09/27/2004
          PETITION FOR RELEASE FROM CONFINEMENT FILED BY DEFENDANT.
47      09/29/2004                                      STOKES RICHARD F.
          LETTER FROM COURT TO DEFENDANT RE: ADVISING YOUR REQUEST IS DENIED.
48      02/08/2005
          MOTION TO APPEAR FOR CORRECTION FOR ASSESSMENT AND UNLAWFUL IMPRISON
          MENT FILED BY DEFENDANT.
50      02/10/2005
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    5
                          ( as of   08/04/2005 )

State of Delaware v.   JEFFREY O SIMMS                         DOB: 06/28/1964
State's Atty: MELANIE C WITHERS , Esq.        AKA: JEFFERY A SIMMS
Defense Atty: KARL HALLER , Esq.                   JEFFERY A SIMMS


        Event
No.     Date            Event                                  Judge
-------------------------------------------------------------------------------
        MOTION FOR SPECIAL APPEARANCE FILED BY DEFENDANT.
49   02/14/2005                                         STOKES RICHARD F.
        LETTER FROM RICHARD F. STOKES TO JEFFREY O. SIMMS
        RE: MOTION IS DENIED
51   02/25/2005                                         STOKES RICHARD F.
        LETTER FROM RICHARD F. STOKES TO JEFFREY O. SIMMS
        RE: THE COURT IS UNABLE TO DETERMINE WHAT ACTION OR RESPONSE YOU ARE
        SEEKING TO YOUR MOTION FOR SPECIAL APPEARANCE. YOUR MOTION HAS BEEN
        DOCKETED AND FILED. NO FURTHER ACTION WILL BE TAKEN.
52   04/21/2005
        AMENDMENT PETITION - FOR POSTCONVICTION RELIEF MOTION # 1 FILED BY
        DEFENDANT.
53   05/03/2005                                         STOKES RICHARD F.
        LETTER FROM COURT TO DEFENDANT RE: ADVISING BECAUSE THERE IS NO PEND-
        ING MOTION FOR POSTCONVICTION RELIEF OR ANY ALLEGATIONS OF INEFFECTIVE
        ASSISTANCE OF COUNSEL, I WILL NOT TAKE ACTION ON THEM.
54   05/09/2005
        AMENDMENT PETITION - FOR POST CONVICTION RELIEF BY DEFENDANT
55   05/18/2005
        LETTER FROM JUDGE STOKES TO DEF.
        RE: ADVISING DEF. MUST SUBMIT A MOTION FOR POSTCONVICTION OF RELIEF
        ON PROPER FORM AND COURT WILL TAKE NO ACTION ON DOCUMENTS DEF.
        SUBMITTED.
56   06/09/2005                                         STOKES RICHARD F.
        DEFENDANT'S LETTER FILED REGARDING AN AMENDED PETITION FOR RELIEF OF
        ILLEGAL SENTENCE.
57   06/10/2005                                         STOKES RICHARD F.
        LETTER FROM COURT TO DEFENDANT RE: DUE TO YOUR UNINTELLIGLE FILINGS,
        THE COURT WILL NOT TAKE ANY ACTION ON FILINGS OF THIS NATURE.
58   06/14/2005                                         STOKES RICHARD F.
        PETITION FOR RELIEF AND SPECIAL APPEARANCE FILED.
59   06/27/2005                                         STOKES RICHARD F.
        PETITION FOR SPECIAL APPEARANCE AND EXONERATE OF SENTENCE FOR THE
        ABOVE CAPTION CASE NO. 0207014771 DATED JUNE 22, 2005 FURTHERMORE
        MEDICAL CONDITION AND PHYSICAL DISABILITY THAT MAY BE OF SUBSTANCE
        FILED BY DEFENDANT.
60   06/27/2005                                         STOKES RICHARD F.
        MEMORANDUM FILED.
        RE: PETITION FOR RELIEF.
        NO RESPONSE NECCESSARY.
61   06/29/2005                                         STOKES RICHARD F.
        MEMORANDUM FILED.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                   Page    6
                         ( as of  08/04/2005 )

State of Delaware v.  JEFFREY O SIMMS                           DOB: 06/28/1964
State's Atty: MELANIE C WITHERS , Esq.      AKA: JEFFERY A SIMMS
Defense Atty: KARL HALLER , Esq.                 JEFFERY A SIMMS


        Event
 No.    Date          Event                                     Judge
------------------------------------------------------------------------------
        RE: PETITION FOR SPECIAL APPERANCE.
        NO RESPONSE NECESSARY.
 62    07/14/2005
        MOTION FOR EXONERATE OF SENTENCE, FILED BY DEFENDANT.
 63    07/14/2005                                       STOKES RICHARD F.
        MOTION FOR EXONERATE OF SENTENCE FILED BY DEFENDANT.
 64    07/18/2005                                       STOKES RICHARD F.
        MOTION FOR EMERGENCY HEARING OR TRIAL AT THE EARLIEST POSSIBLE
        CONVENIENCE DATE (ACTION MOTION TO PROCEED) FILED BY DEFENDANT.
 65    07/21/2005                                       STOKES RICHARD F.
        MOTION FOR EMERGENCY RELIEF WHILE IN A STATE INSTITUTION OF CORRECTION
        IN THE STATE OF DELAWARE WITH A STATEMENT OF CLAIMS AND CERTIFICATE OF
        SERVICE.
 66    07/22/2005                                       STOKES RICHARD F.
        MEMORANDUM FILED.
        ADVISING IT IS UNCLEAR WHAT THE DEFENDANT IS SEEKING. NO RESPONSE IS
        NECESSARY.
 67    07/22/2005                                       STOKES RICHARD F.
        MEMORANDUM FILED.
        RE: WHILE THE DEFENDANT'S MOTION IS LEGIBLE, IT IS UNCLEAR WHAT THE
        DEFENDANT IS SEEKING. NO RESPONSE IS NECESSARY.
 68    07/25/2005                                       STOKES RICHARD F.
        MOTION FOR SPECIAL PRO SE APPEARANCE FILED BY DEFENDANT.
 69    07/27/2005                                       STOKES RICHARD F.
        MOTION FOR EXONERATE OF SENTENCE MEDICAL DISABILITY PURSUANT TO 35(A).

              *** END OF DOCKET LISTING AS OF  08/04/2005 ***
                     PRINTED BY: CSCEWIL
```



I/M Jeffrey A Simms
SBI# 198625    UNIT D-B-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Honorable Judge Sue L. Robinson
United States District Court Lockbox 18
844 N. King Street
Judge Thomas L. Ambro's Federal Building
Wilmington, Delaware 19801-3570