IN THE SUPERIOR COURT OF SUSSEX COUNTY OF THE STATE OF DELAWARE

STATE OF DELAWARE
V.
MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CASE NO. 02070147T1
DATE AUGUST -4-2005

05   593

FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AMENDMENT MOTION FOR POST-CONVICTION RELIEF, AND STATEMENT OF CLAIMS

TO: THE HONORABLE COURT AND THE HONORABLE JUDGE RICHARD F. STOKES AND CLERK OF THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE PLEASE BE ADVISED, THE DEFENDANT REQUEST THE EARLIEST POSSIBLE COURT DATE IN THE MATTER OF POST-CONVICTION RELIEF AND GROUNDS TO SUPPORT MOTION FOR RELIEF AND HERETO, STATEMENT OF CLAIMS PURSUANT TO DEL. CODE ANNOTATED TITLE 11 §§ 126 12-
12- 1201-1208 OF TITLE 11 AND 1209-1211    (11 DEL.C. 1953, § 1211;58)

SUBPART B. ABUSE OF A OFFICE: IN THIS JURISDICTION IT IS UNLAWFUL FOR DELAWARE STATE POLICE OR ANY OTHER AGENCY CONTAIN OFFICIAL MISCONDUCT: (1) A PUBLIC SERVANT IS GUILTY OF OFFICIAL MISCONDUCT AND A SWORN SERVANT OF THE LAW WHEN, THE INTENDING TO OBTAIN A PERSONAL BENEFIT OR TO CAUSE HARM TO ANOTHER PERSON; THE SWORN SERVANT COMMITS AN ACT CONSTITUTING AN UNAUTHORIZED EXERCISE OF OFFICIAL FUNCTIONS, KNOWING THAT THE ACT IS UNAUTHORIZED; OR (2) THE SWORN SERVANT KNOWINGLY REFRAINS FROM PERFORMING A DUTY WHICH IS IMPOSED BY LAW OR IS CLEARLY INHERENT IN THE NATURE OF THE OFFICE: OR (3) THE SWORN SERVANT PERFORMS OFFICIAL FUNCTIONS IN A WAY INTENDED TO BENEFIT THE SWORN SERVANTS OWN PROPERTY OR FINANCIAL INTEREST UNDER CIRCUMSTANCES IN WHICH THE PUBLIC SERVANTS ACTION WOULD NOT HAVE BEEN REASONABLY JUSTIFIED IN WHICH THE PUBLIC IN THE CONSIDERATION OF THE FACTORS WHICH OUGHT TO HAVE BEEN TAKEN INTO ACCOUNT IN PERFORMING OFFICIAL FUNCTIONS: OR (4) THE SWORN SERVANT KNOWINGLY PERFORMS OFFICIAL FUNCTIONS IN A WAY INTENDED TO PRACTICE DISCRIMINATION ON THE BASIS OF RACE, CREED, COLOR, SEX, OFFICIAL MISCONDUCT IS A CLASS A MISDEMEANOR AGE, HANDICAPPED STATUS OR NATIONAL ORIGIN. DEL. LAWS, c.497, § 1; 61 DEL. LAWS c. 327 § 1; 64 DEL. LAWS c.48 § 1; 67 DEL. LAWS c.130, § 8; 70 DEL. LAWS, c. 186, § 1.)

(5)    FURTHEREMORE STATEMENT OF CLAIMS OF RELIEF AND SUPPORT FACTORS: (THE WERE ARRESTED ON JULY 21,22,-2002 BY OFFICER OF THE DELAWARE STATE POLICE TROOP (40) 330 SOUTH DUPONT HIGHWAY GEORGETOWN, DELAWARE 19947

AND WERE FOUND BY A JURY SWORN TO INQUIREM INTO THE MATTER BASSICALLY FOUND GUILTY OF LESSER COUNTS BUGLARY, ASSUALT, CHILD-ENDANGERMENT, ON MARCH-11-2003 IN THE SUPERIOR COURT SUSSEX COUNTY DELAWARE

(5 THE DEFENDANT SEEK FULL RELIEF AND EXONERATE OS OF SENTENCE,

AND DELAWARE STATE POLICE PERJURY IN THE CASE AND MR. KARL HALLE, INEFFECTIVE ASST. OF COUNSEL (PERJURY WAS AN OFFENSE AT COMMON LAW. STATE V. SHAFFNER, 22 DEL. 576, 69 A. 1004 (1908).

MOVANT _____
MR. JEFFERY ALONZO SIMMS #198625 S.B.I.    DATE
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

IN THE SUPERIOR COURT OF SUSSEX COUNTY DELAWARE THE STATE OF DELAWARE

CASE NO. 0207014771
DATE JULY  AUGUST 4-2005

CERTIFICATE OF SERVICE

I, MR. JEFFERY ALONZO SIMMS #198625 HEREBY ON THIS DAY 4 AND YEAR 2005 HAVE CONTACTED THE CLERK OF THE COURT AND SENT TRUE AND CORRET CORRECT COPIES THREW THE WAY OF COMMUNICATE SERVICE AND UNITED STATES POSTAL SERVIVE SERVICE TO THE FOLLOWING ADDRESS:

( HONORABLE JUDGE RICHARD F. STOKES

PROTHONOTARYS OFFICE
1 THE CIRCLE # SUITE 2
GEORGETOWN, DELAWARE 19947_f1502
(E MELANIE WITHERS D.S.

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE SUITE 2
GEORGETOWN, DELAWARE 19947

DEPARTMENT OF JUSTICE
14 114 e. MARKET STREET
GEORGETOWN, DELAWARE 19947
( HONORABLE JUDGE SUE L. ROBINSON )

MR. JEFFERY ALONZO SIMMS #1982
#198625

UNITED STATES DISTRICT COURT
844 N. KING STREET
WILMINGTON, DELAWARE 19801-3570