IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

MR. JEFFERY ALONZO SIMMS #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

CASE NUMBER IN THE SUPERIOR COURT FOR SUSSEX COUNTY STATE OF DELAWARE NO. 0207014771

05-593

PROVERTY MOTION AND PETITON MADE BY AN INDIGENT PERSON SEEKING PUBLIC ASSISTANCE APPOINTMENT OF COUNSEL WAIVER OF COURT FEES OR OTHER FREE PUBLIC SERVICES
28 U.S.C.A. §§ 1915
ALSO TERMED FORMA PAUPERIS
PLEASE FILED AND SET DATE EFFECTIVELY AS POSSIBLE

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF WILMINGTON DELAWARE 19801

PRESENTATION AND RESERVATION IN THE UNITED STATES DISTRICT OF WILMINGTON DELAWARE FOR OF THE GROUNDS OF REVIEW IN THE FEDERAL COURT

FILED NOV 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

(PETITION FOR RELIEF)

motion ) MOTION FOR FEDERAL HABEAS CORPUS RELIEF FOR STATE PRISONER )

HERE COMES THE DEFENDANT MR. JEFFERY ALONZO SIMMS 198625 SEEKING FEDERAL HABEAS RELIEF? IN THE UNITED STATES DISTRICT COURT WILMINGTON DELAWARE AND TO THE CLERK OF THE COURT MR. PETER T. DALLEO PLEASE FILED ON THE THIS DAY NOVEMBER 15-2005, IN THE ABOVE CAPTION CASE,

PETITIONER MR. JEFFERY ALONZO SIMMS 198625, COMES FROM THE DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DELAWARE 19977 TO THE UNITED STATES DISTRICT COURT FOR HABEAS CORUS CORPUS RELIEF PLEASE BE ADVISED,     EXHIBIT 1.A)

THE DEFENDANT MR. JEFFERY ALONZO SIMMS WERE SENTENCE TO 8 YEARS FOR BUGARLY ASSULT AND CHILD ENDERGERMENT ,

IN THE SUPERIOR COURT FOR SUSSEX COUNTY DELAWARE BY THE HONORABLE JUDGE RICHARD F. STOKES )Nê ON FEBURARY 23-2003

EXHIBIT 2.B)
THE FEDERAL COURT OF APPEALS HOLDS NO SUPERVISORY POWER OVER STATE JUDICIAL PROCEEDINGS AND MAY INTERVENE ONLY TO CORRECT ERRORS OF CONSTITUTIONAL DIMENSIONS SPRINGER V. COLEMAN, C.A. 5 (TEX.) 1993,998 F."D 320,
IN A HABEAS CORPUS PROCEEDINGS, A JUSTICIABLE FEDERAL ISSUE IS PRESENTED ONLEY WHERE TRIAL ERRORS INFRINGE UPON A SPECIFIC CONSTITUTIONAL PROTECTION OR ARE SO PREJUDICIAL AS TO AMOUNT TO A DENIAL OF DUE PROCESS. ARNOLD V. WYRICK C.A. 8(MO.) 1981, 646 F. 2D 1225

EXHIBIT 3C) THE DEFENDANT PRAY UPON THE CA COURT TO REVIEW AND SIT A COURT DATE IN RESPONDS TO FALSE IMPRISONMENT AND WHERE STATE STATUTE, IS TO BE UNCONSTITUENT UNCONSTITUTIONALLY VAGUE, IS AUTHORITATIVELY CONSTRUED SO AS TO RENDER IT CONSITUTIONALLY ACCEPTABLE, HUTSON V. JUSTICES OF WAREHAM DISTRICT COURT, COURT OF D.C. MADD.1982, 552 F. SUPP 974

MOVANT PETITIONER MR JEFFERY alonzo SIMMS #198625
DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

MR. JEFFERY ALONZO SIMMS #198625 MOVANT PETITIONER

SINCERLY,