05-593-SLR

