IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JEFFREY ALONZO SIMMS,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 05-593-SLR |
| | ) | |
| **THOMAS CARROLL**, Warden, et al., | ) | |
| | ) | |
| | ) | |
| Respondents | ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Supreme Court documents:

1. Case No. 206, 2003

   a. Opening brief and appendix

   b. Answering brief and appendix

   c. Order (Oct. 8, 2003)

            /s/ **LOREN C. MEYERS**
            Loren C. Meyers
            Chief of Appeals Division
            Department of Justice
            820 N. French Street
            Wilmington, DE  19801
            (302) 577-8500
            Del. Bar ID 2210
            loren.meyers@state.de.us

January 17, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on January 17, 2006,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Jeffrey Simms
No. 198625
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE  19977

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

3. He caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

/s/ **LOREN C. MEYERS**
Loren C. Meyers
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us