IN THE UNITED STATES DISTRICT COURT

FOR THE **WILMINGTON** DISTRICT OF **WILMINGTON DELAWARE**

```
FULL NAME OF PRISONER LISTED      *
IN THE SUMMONS AND COMPLAINT      *
JEFFREY ALONZO SIMMS              *
                        Plaintiff *
                                  *
            v.                    *   CIVIL ACTION NO: 04-1205-SLR
                                  *
FULL NAME OF FIRST DEFENDANT      *
LISTED IN SUMMONS/COMPLAINT,      *
et alia REBERTA DONNA BURNS       *
                                  *
HARRY M. FREEMAN       Defendants *
Col. L. ARRON CHAFFINCH           *
Lt. Col. THOMAS F. MACLEISH
MAJOR R.L. HUGHES

STATE OF  DELAWARE                *
                                  *  ss.: 0207014771
COUNTY OF  NEW CASTLE             *
```

2006 MAY 23 PM 12:31
FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

AFFIDAVIT

(Full name of prisoner or other person making the statement), being duly sworn, deposes and says:

I, JEFFREY ALONZO SIMMS, DULY SWORN ON THIS DAY MAY 18-2006

(Type whatever the affiant's statement may be here)
AND DEPOSES AND SAY: THAT THE DEFENDANTS I THIS AFFIDAVIT DID CAUSE DAMAGE TO THE PLAINTIFF ON 3-21-2002, AND DENIAL OF MEDICAL TREATMENT AND CONTINUOSLY WHILE IN A STATE PRISON IN STATE OF DELAWARE

(Signature of Affiant)
(Name of affiant - person who made the statement)

Subscribed and sworn to before me this  18  day of  MAY , 2006.

NOTARY

DELAWARE CORRETIONAL CENTER PADDOCK ROAD