IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JEFFREY ALONZO SIMMS,            )
                                 )
         Petitioner,             )
                                 )
    v.                           )  Civ. No. 05-593-SLR
                                 )
THOMAS L. CARROLL,               )
Warden,                          )
                                 )
         Respondent.             )

**ORDER**

At Wilmington this 2d day of June, 2006, consistent with the memorandum opinion issued this same day;

IT IS HEREBY ORDERED that:

1. Petitioner Jeffrey Alonzo Simms' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE