IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WILMINGTON DELAWARE

| | |
|---|---|
| MR. JEFFREY ALONZO SIMMS #198625<br><br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DELAWARE 19977. | V.   RESPONDENT MR. WARDEN CARROLL<br>       1181 PADDOCK ROAD,<br>       DELAWARE CORRECTIONAL CENTER<br>       SMYRNA, DELAWARE 19977 |

JUNE 27, 2006
PLEASE FILED

THE ATTORNEY GENERAL OF THE STATE OF:
DELAWARE MR. CARL DAN BRUGE
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

05-593 (SLR)

CASE NO.
THE CERTIFICATE OF APPEALABILITY,
FORMA PAUPERIS WAIVER AND RIGHTS OF COUNSEL

PETITIONERS RESPONSE AS TO WHY PETITION UNDER,
28 USC §§ 2254 SHOULD NOT BE BARRED UNDER RULE 9

PLEASE BE ADVISED, NOW COMES THE PETITIONER, MR. JEFFREY ALONZO SIMMS, IN THE ABOVE CAPTION CASE, ON THIS DAY JUNE 27, 2006 THE PETITIONER COMES BEFORE THIS COURT, WITH THE APPROPRIATE RESPONDS IN THE SUBJECT CASE, THE PETITIONER HAVE A CIVIL CASE PENDING WITH FACTS THAT ARE CONCLUSIVE, AND REQUESTED FOR INFORMATION SERVED ON THE ATTORNEY GENERALS OFFICE: 3 §§ ACT (15 USCA § 6202)  A CIVIL INVESTIGATIVE HAVE BEEN DEMANDED,

1. THE PETITIONER, MR. JEFFREY ALONZO SIMMS S.B.I. 198625, COMES BEFORE THE HONORABLE COURT IN THE ABOVE CAPTION CASE TO MOVE FORWARD WITH A STATEMENT FOR RELIEF EXONERATE OF CONVICTION, A REMOVAL OF ILLEGAL CONFINEMENT BY THE HONORABLE JUDGE RICHARD HENERY STOKES, SUPERIOR COURT SUSSEX COUNTY DELAWARE P.O. BOX 756, GEORGETOWN, DELAWARE 19947;
CRIMINAL CASE NUMBER (STATE COURT: 0207014771) DEPUTY ATTORNEY GENERAL MS. MELANIE WITHERS, DEPARTMENT OF JUSTICE 114 E. MARKET STREET, GEORGETOWN, DELAWARE 19947; PROTHONOTARY OFFICE OF SUSSEX COUNTY DELAWARE P.O. BOX 756 GEORGETOWN, DELAWARE 19947 THE PETITIONER WERE SENTENCE TO 8 YEARS BY THE HONORABLE JUDGE RICHARD STOKES FOR BURGLERY ASSUALT, CHILD ENDANGERMENT MAY IT PLEASE THE COURT THE PETITIONER HAVE A CIVIL CASE PENDING 04-1205-SLR

MR. _____
MR. JEFFREY ALONZO SIMMS S.B.I. #198625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNE, DELAWARE 19977

410-754-7760
phone

SINCERLEY

FILED
JUN 29 2006

BD scanned



I/M JEFFREY SIMMS
SBI# 198625   UNIT D-2-3-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUN 2006 PM 1 L

Office of The Clerk U.S.D.C.
Mr. Peter T. Dalleo
Lock Box 18
844 N. King Street
Wilmington, Delaware
19801-3570